UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

13-4598
8:12-cr-00304-TMC-1

UNITED STATES OF AMERICA

        Plaintiff – Appellee

  v.

ANTONIO WATKINS

        Defendants – Appellants

---

APPELLANT'S MOTION TO EXTEND THE DEADLINE FOR FILING APPELLANT'S OPENING BRIEF

---

On October 23, 2013, this Court entered its Briefing Order setting, among other things, Appellant's Opening Brief as being due on November 27, 2013. Since the Order, the undersigned has been in varying court appearances, had another appellate brief due in a Bankruptcy appeal of an adversary proceeding, and is on the trial docket in State court for the current week. Additionally, to enable the Appellant to assist the undersigned in the Opening Brief, multiple documents were mailed to the Appellant, but subsequently returned to the undersigned as Appellant had been moved to another facility[1]. In light of Counsel's obligations within the past thirty (30) days, as well as the delay in contact with Appellant due to the

---

[1] Appellant is currently detained in SCDC Trenton Correctional Institution

1

returned mailings, the undersigned would respectfully request that the previously entered deadline of November 27, 2013 be extended by thirty (30) days such that the Initial Brief would now be due on or before Friday, December 27, 2013. Alternatively, the undersigned would ask that the Briefing Order be rescinded and a new Briefing Order entered, setting extending all deadlines for thirty (30) days. This delay should provide the time necessary for the required preparation, discussion of counsel's review of the record, and incorporation of any meritorious issues Appellant may note. For the reasons set forth herein, the undersigned submits that good cause has been shown for this request, and would further report that after consultation with Carrie Sherard, Esquire, of the United States Attorneys' Office, she consents to the requested relief.

        Respectfully submitted,

        MILLING LAW FIRM, LLC

        /s/ Jonathan M. Milling
        Jonathan M. Milling
        1614 Taylor Street, Suite C
        Columbia, South Carolina 29201
        (803) 451-7700
        (803) 451-7701 (facsimile)

        Counsel for Appellant

November 19, 2013
Columbia, South Carolina

2